Filed 1/12/23  P. v. Barajas CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>ANGEL JESUS ALVAREZ BARAJAS,<br><br>    Defendant and Appellant. | 2d Crim. No. B319056<br>(Super. Ct. No. 2020020703)<br>(Ventura County) |

Angel Jesus Alvarez Barajas appeals from the judgment after a jury convicted him of conspiracy to commit theft.  (Pen Code, § 182, subd. (a)(1).)

We appointed counsel to represent appellant in this appeal. After an examination of the record, counsel filed an opening brief that raises no arguable issues.  On November 3, 2022, we notified appellant by mail that he had 30 days within which to personally submit any contentions or issues he wished us to consider.  The 30 days have since passed, and appellant has not presented any contentions or issues for our consideration.

In July 2020, appellant drove a U-Haul truck throughout a residential neighborhood, along with his passenger, Antonio Porcallo, looking for items to steal. One witness observed the U-Haul truck parked in the middle of the street in front of her house. Her Ring-Camera video recorded Porcallo stealing an Amazon package from her front porch that contained a Nintendo controller. Porcallo also stole a pair of Nike running shoes.

Shortly thereafter, Porcallo was observed by two more witnesses putting a bicycle in the back of the U-Haul truck before the truck sped off. Meanwhile, another individual discovered his black beach cruiser bicycle with a missing handle was no longer in his garage.

Police responded to a 911 call for service, located the U-Haul truck, and detained appellant and Porcallo. Police searched the truck and discovered several stolen items including the Amazon package with the Nintendo controller, the Nike running shoes, and three bicycles, one of which was the black beach cruiser bicycle with the missing handle. Porcallo told police that he and appellant planned to look through neighborhoods for items to steal and agreed that appellant would keep the stolen packages and Porcallo would keep the stolen bicycles.

At trial, Porcallo denied making the statements to police. He "admitted to stealing the stuff," but testified that he and appellant did not plan it, they "just did it." Appellant's defense counsel argued that Porcallo was the thief and appellant was just the driver, a "patsy, a dupe," who mistakenly believed the packages and bicycles were items listed for "free" on Craigslist. By its verdict, the jury necessarily rejected appellant's defense.

We have reviewed the entire record and are satisfied that appellant's attorney fully complied with her responsibilities and

that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d 436.)

DISPOSITION

The judgment is affirmed.
NOT TO BE PUBLISHED.


                                        YEGAN, J.

We concur:


        GILBERT, P. J.


        BALTODANO, J.

Derek D. Malan, Judge
Superior Court County of Ventura

_____

Sanger Swysen & Dunkle and Sarah S. Sanger, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.